UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| PAMELA J. ANGEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 06-CV-4034-JPG |
| SOUTHERN ILLINOIS RIVERBOAT/ | ) |
| CASINO CRUISES, INC. d/b/a, | ) |
| HARRAH'S METROPOLIS CASINO | ) |
| and HARRAH'S OPERATING | ) |
| COMPANY, INC., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

Dated:   November 21, 2006

NORBERT JAWORSKI, CLERK

By:s/Deborah Agans, Deputy Clerk

**APPROVED: s/ J. Phil Gilbert**
             **U. S. DISTRICT JUDGE**